UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RONNIE KAHN,

*Plaintiff*,

-against-

NESHAMA CARLEBACH and NEDARA
CARLEBACH,

*Defendants*

Docket No. 1:19-cv-3855-AMD-JRC

**DEFENDANTS' LOCAL CIVIL
RULE 56.1 RESPONSE TO
PLAINTIFF'S STATEMENT OF
UNDISPUTED
MATERIAL FACTS**

Defendants Neshama and Nedara Carlebach (collectively, "Defendants"), by and through their attorneys, pursuant to Local Civil Rule 56.1, submit this Response to Plaintiff Ronnie Kahn's ("Plaintiff") Statement of Undisputed Material Facts ("Plaintiff's Statement") (ECF 67)[1] and Counterstatement of Material Facts in Opposition to Plaintiff's Cross-Motion for Summary Judgment.  Reference is made herein to the August 8, 2024 Certifications of Hillel I. Parness ("Parness Cert.") (ECF 72-2) and Neshama Carlebach ("Carlebach Cert.") (ECF 72-12), the September 5, 2024 Supplemental Certifications of Hillel I. Parness ("Parness Supp. Cert.") and Neshama Carlebach ("Carlebach Supp. Cert."), and the exhibits attached to the Certifications.

As reflected herein and in the accompanying papers, the facts put forth by Plaintiff include material facts that are in fact disputed, and there are additional material facts that may or may not be disputed by Plaintiff.  All of this warrants denial of Plaintiff's Motion for Summary Judgment.

**Defendants' Responses to Plaintiff's Local Civil Rule 56.1 Statement of Material Facts**

**GENERAL RESPONSE:** Throughout Plaintiff's Statement, Plaintiff failed to comply

---

[1] Plaintiff did not file a separate Statement of Material Facts in support of his motion, but rather referred back to his "Counterstatement of Undisputed Material Facts," filed in connection with the premotion letter process.  *See* ECF 73-2 (referring to ECF 67 "to avoid unnecessary duplication").

with Local Rule 56.1(d).  A significant number of Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  In addition, on multiple occasions throughout Plaintiff's Statement, Plaintiff interposed legal conclusion in violation of Local Rule 56.1(d).

27.    The copyright for the song "*Return Again*" (the "**Composition**") was filed by Ronnie Kahn and Shlomo Carlebach in 1975 and effective November 26, 1975, Copyright Registration EU631826 for the Composition was issued by the United States Copyright Office ("**1975 Registration**"). Ollunga Cert. ¶ 7 and Kahn Cert. ¶ 5 & Ex. B.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Further denied that Shlomo Carlebach <u>filed</u> the application for the 1975 Registration, and denied that the musical composition at issue in the 1975 Registration is the version of "Return Again" written in 1965 by Shlomo Carlebach.  Kahn Cert. Ex. B (1975 Registration, listing Carlebach as second Claimant, not filer); Carlebach Supp. Cert. ¶¶ 2-3 (Neshama Carlebach not aware of, and never observed, Shlomo Carlebach filing copyright applications for his music).

28.    The Composition gained acclaim and was sang by Shlomo Carlebach in many forums. Case in point: on December 12, 1977, Shlomo Carlebach and Ronnie Kahn's through their then attorneys, Linden and Deutsch, wrote to Hedarzi Records in Ramat Gan, Israel informing them that following Shlomo Carlebach's performance of the Composition in a concert at the Mann Auditorium in Tel Aviv in 1976, it appeared that the Composition was recorded and released on the Hedarzi label without Shlomo Carlebach and Ronnie Kahn's consent or an agreement on royalties. Ollunga Cert. ¶ 8 and Kahn Cert. ¶ 6 & Ex. C.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Carlebach

Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

29.    Further case in point with regards to Paragraph 28 above: in a letter dated as of April 23, 1978, Hedarzi Records wrote to Ronnie Kahn regarding the Composition, indicating that copyright royalties on the record had been paid to ACUM (the local copyright society in Israel) and, as publishers of Shlomo Carlebach, that once they were paid by ACUM, they would pay Ronnie Kahn his portion. Further, that they would correct the copyright information on the next printing of labels and sleeves. Ollunga Cert. ¶ 9 and Kahn Cert. ¶ 7 & Ex. D.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

30.    Although the 1975 Registration is dispositive, Shlomo Carlebach unequivocally acknowledged Ronnie Kahn as the composer of the English lyrics of the Composition. Case in point: at the 1:38 timestamp of the YouTube video link below, Shlomo Carlebach just before singing the Composition, recognizes Ronnie Kahn as the composer of the English lyrics of the Composition:

https://www.youtube.com/watch?v=ZopdvQXUAkc

Ollunga Cert. ¶ 10 and Kahn Cert. ¶ 8.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Further denied that "the 1975 Registration is dispositive," which appears to be a legal conclusion in violation of Local Rule 56.1(d). Further denied as the video ends before Shlomo Carlebach sings the English lyrics beyond the first verse, but those that he <u>is</u> heard to sing do not match the lyrics reflected in the 1975 Registration, but rather those written in 1965 by Shlomo Carlebach. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7(Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

31.     Despite the foregoing, on December 31, 2002, four (4) years before the 2006 Registration, the Defendants filed a Work Registration Form with BMI for the Composition (obtained by Subpoena to Produce), in which they indicated that Shlomo Carlebach was the sole writer, with 100% of the writer percentage share. No mention whatsoever was made of Ronnie Kahn. Ollunga Cert. ¶ 25 and 26 & Ex O, and Kahn Cert. ¶ 24 and 27 & Ex. H.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that the BMI Work Registration application does not reference Plaintiff, otherwise denied. Further denied as to "[d]espite the foregoing," which appears to be a legal conclusion in violation of Local Rule 56.1(d). Kahn Cert. Ex. H.

32.     Between Q4 of 2004 and Q3 2023, BMI records, obtained by Subpoena to Produce, indicate that the Composition made royalties in the amount of $**5,269.27** (the "**Recent Royalties**"). Ollunga Cert. ¶ 27 and Kahn Cert. ¶ 25 & Ex. I.

**RESPONSE:** Admitted that BMI's records indicate that "Return Again" generated royalites in that amount over that period, otherwise denied. Further denied, as royalties collected before the applicable statute of limitations period are not legally relevant. Kahn Cert. Ex. I; Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

33.     All the Recent Royalties were paid to the Defendants. It is not known how much royalties were collected by Shlomo Carlebach and the Defendants between 1975 and Q4 of 2004. Ollunga Cert. ¶ 28 and Kahn Cert. ¶ 26.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Further denied, as royalties collected before the applicable statute of limitations period are not legally relevant.

34.     The deposit copy for the 2006 Registration was never provided by the Defendants in Discovery, however the Defendants counsel informed Plaintiff's counsel that it was an audio recording of Neshama performing "*Return Again*", which can be found on videos on YouTube, including the link from Neshama's YouTube channel provided in Paragraph 8 above, which recording is designated herein as the Neshama Youtube Recording. Ollunga Cert. ¶ 31 & Ex. P

and Kahn Cert. ¶ 29.

**RESPONSE:** Admitted, except denied that Defendants had or have a copy of the deposit copy for the 2006 Registration, as they did not and do not, as their counsel advised Plaintiff's counsel.  Ollunga Ex. P at 4; Carlebach Supp. Cert. ¶ 4 (Defendants do not have an official copy of the deposit copy for the 2006 Registration).

35.     The melody of the Neshama Youtube Recording is the same melody as that of the Composition as shown in the music score of the 1975 Deposit Copy in Paragraph 4 of the Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts and the video in Paragraph 8 above. Therefore, the English language lyrics for the Neshama Youtube Recording are sang exactly as they are sang in the Composition. Ollunga Cert. ¶ 34 and Kahn Cert. ¶ 32 & Ex. B.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Further denied, as the melody is not at issue in this case and is not legally relevant.

36.     The English language lyrics for the Neshama Youtube Recording are lifted verbatim from the Composition, save for the word "land" in place of the word "home" and the interchanging of the order of the words "Return to who you are" and "Return to what you are". Ollunga Cert. ¶ 33 and Kahn Cert. ¶ 31 & Ex. B.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording

lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

37.     In the 2006 Registration, the Defendants indicated that the author of "Return Again" was Shlomo Carlebach, without any acknowledgment or mention whatsoever of Ronnie Kahn and his contribution. Ollunga Cert. ¶ 35 and Kahn Cert. ¶ 33 & Ex. J.

**RESPONSE:** Admitted, except denied that Kahn had any "contribution."  Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

38.     The 2019 Registration comprised ostensibly new original lyrics written by Ronnie Kahn. Ollunga Cert. ¶ 53 and Kahn Cert. ¶ 51.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  The deposit copy relating to the 2019 Registration (which Plaintiff did not provide or cite) contains three separate sets of lyrics.  The second set of lyrics purports to be the "Original" version, with the following legend: "Original Music&Words © Reb Shlomo Carlebach & Ronnie Kahn © 1975." Parness Supp. Cert. ¶¶ 3-4 & Ex. 15.

39.     No royalties were ever received by Ronnie Kahn in respect of the 2019 Registration. Ollunga Cert. ¶ 53 and Kahn Cert. ¶ 51.

**RESPONSE:** Defendants have insufficient knowledge or information to respond to these factual allegations.

40.    Shlomo Carlebach never performed or recorded "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 37 and Kahn Cert. ¶ 35.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

41.    There is no evidence of Shlomo Carlebach ever performing or recording "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 38 and Kahn Cert. ¶ 36.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

42.    There is no evidence of Shlomo Carlebach ever writing any English language lyrics for "Return Again" that do not appear in the 1975 Deposit Copy or at all. Ollunga Cert. ¶ 39 and Kahn Cert¶ 37.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

43.    Neshama and Nedara Carlebach never performed or recorded "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 40 and Kahn Cert. ¶ 38.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

44.    There is no evidence of Neshama and/or Nedara Carlebach ever performing or recording "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 41 and Kahn Cert. ¶ 39.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF

72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

45.    There is no evidence of Neshama and/or Nedara Carlebach ever writing any English language lyrics for "Return Again" that do not appear in the 1975 Deposit Copy or at all. Ollunga Cert. ¶ 42 and Kahn Cert. ¶ 40.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Denied.  Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

46.    The Defendants have received all royalties, including the Recent Royalties for the Composition. Ollunga Cert. ¶ 26, 27, 28 and 43, and Kahn Cert. ¶24, 25, 26 and 41 & Ex. H and J.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Defendants have insufficient knowledge or information to respond to these factual allegations.

47.    As demonstrated in Paragraph 32 above, the Defendants received royalties for the Composition before the 2006 Registration. Ollunga Cert. ¶ 27 and 44 and Kahn Cert. ¶25 and 42.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Admitted that Defendants received royalties in connection with "Return Again," otherwise denied.  Further denied as to "[a]s demonstrated" which appear to be legal conclusions in violation of Local Rule

56.1(d).

48.    As demonstrated in Paragraph 31 above, the Defendants omitted to reference Ronnie Kahn in the BMI Work Registration application. Ollunga Cert. ¶ 26 and 45 and Kahn Cert. ¶24 and 43.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Admitted that the BMI Work Registration application does not reference Plaintiff, otherwise denied.  Further denied as to "[a]s demonstrated" and "omitted," which appear to be legal conclusions in violation of Local Rule 56.1(d).  Kahn Cert. Ex. H.

49.    As demonstrated in Paragraph 37 above, the Defendants omitted to reference Ronnie Kahn as a co-author or the author of the lyrics in the 2006 Registration. Ollunga Cert. ¶26 and 46 and Kahn Cert. ¶24 and 44.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d).  Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations.  Admitted that the 2006 Registration does not reference Plaintiff, otherwise denied.  Further denied as to "as demonstrated" and "omitted," which appear to be legal conclusions in violation of Local Rule 56.1(d).  Kahn Cert. Ex. H; Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

50.    Neshama Carlebach was aware and familiar with Ronnie Kahn and the fact that he co-authored the Composition. Ollunga Cert. ¶ 12, 13 and 47 & Ex. M, and Kahn Cert. ¶10, 11 and

45 & Ex. K.

**RESPONSE:** Admitted that Defendant Neshama Carlebach was aware of Plaintiff, otherwise denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

51.    The Defendants did not send any royalties, including the Recent Royalties to Ronnie Kahn despite numerous requests by Ronnie Kahn. Ollunga Cert. ¶ 20 and 48 and Kahn Cert. ¶18 and 46 & Ex. G.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that Plaintiff has requested that Defendants pay him royalties, and that Defendants have not paid royalties to Plaintiff, otherwise denied.

52.    The Defendants did not amend the 2006 Registration to reflect Ronnie Kahn as a co-author of the song or the author of the English lyrics, despite numerous requests by Ronnie Kahn. Ollunga Cert. ¶ 20 and 49 and Kahn Cert. ¶18 and 47 & Ex. G.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that Plaintiff has requested that Defendants credit him in connection with "Return Again," and that the 2006 Registration does not do so, otherwise denied.

53.    The Defendants did not amend the BMI Work Registration record to reflect Ronnie Kahn as a co-author of the song or the author of the English lyrics to enable him to receive records

12

of royalties, despite numerous requests by Ronnie Kahn. Ollunga Cert. ¶ 20 and 50, and Kahn Cert. ¶18 and 48 & Ex. G.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that the BMI Work Registration application does not reference Plaintiff, otherwise denied. Kahn Cert. Ex. H.

54.     For the period Q3 of 2004 and Q4 2023, the total royalties for "*Return Again*," as reported by BMI, were **$5,269.27**. Ollunga Cert. ¶ 27 and 52 and Kahn Cert. ¶25 and 50. Ex. H.

**RESPONSE:** Admitted that BMI's records indicate that "Return Again" generated royalites in that amount over that period, otherwise denied. Further denied, as royalties collected before the applicable statute of limitations period are not legally relevant. Kahn Cert. Ex. I; Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).


### Defendants' Counterstatement of Material Facts
### in Opposition to Plaintiff's Cross-Motion for Summary Judgment

**Kahn's Prior Actual Knowledge of the Alleged Ownership Issues**

55.     Plaintiff recently alleged under oath that he "last saw and spoke to Neshama in person in 2004," and that "[i]n that meeting she informed me that she intended to record the Composition and promised that I would receive writer's credit and my fair share of royalties." Parness Cert. (ECF 72-2) ¶¶ 2-3 & Ex. 1 (ECF 72-3) ¶ 11.

56.    Plaintiff further alleged under oath that when he spoke to Neshama Carlebach in 2004, "Neshama was fully aware that I co-authored the Composition."  Parness Cert. (ECF 72-2) ¶ 4 & Ex. 1 (ECF 72-3) ¶ 45.

57.    On May 7, 2004, Plaintiff wrote the following to Neshama Carlebach: "Also enclosing the authorized lyrics for 'Return Again (Return To The Home Of Your Soul)' which I was blessed and inspired to have composed for your father's helega niggun."  Parness Cert. (ECF 72-2) ¶¶ 5-6 & Ex. 2 (ECF 72-4) at 1).

58.    Similarly, according to Kahn (via his attorney to Neshama Carlebach) as of November 17, 2016, "[s]everal years ago you promised my client that his rights would be protected, he would be given a writer's credit, and that he would be paid his share of royalties." Carlebach Cert. (ECF 72-12) ¶¶ 2-3 & Ex. 11 (ECF 72-13).

59.    Similarly, according to Kahn as of April 23, 2019, "[t]he last time we spoke, back in 2004 she told me she was preparing to record Return Again; and assured me I would receive writers credit and my fair share of all royalties."  Parness Cert. (ECF 72-2) ¶¶ 7-8 & Ex. 3 (ECF 72-5) at 2.

60.    Similarly, according to Kahn as of August 15, 2019, Neshama and Nedara Carlebach had "never ever responded to any legal or moral appeals for many years now," and that Kahn had "been waiting for more than forty years."  Parness Cert. (ECF 72-2) ¶ 9 & Ex. 3 (ECF 72-5) at 7.

61.    Plaintiff initiated this lawsuit on July 2, 2019.  Parness Cert. (ECF 72-2) ¶ 10; ECF 1.

**Creation and Performances of "Return Again" by Shlomo Carlebach**

62.    Shlomo Carlebach is the father of Defendant Neshama Carlebach.  Carlebach Cert. (ECF 72-12) ¶ 4.

63.     Shlomo Carlebach created the song "Return Again" in 1965.  Carlebach Cert. (ECF 72-12) ¶ 5 & Parness Cert. Ex. 8 (ECF 72-10).

64.     To the best of Defendant Neshama Carlebach's knowledge, every time Shlomo Carlebach performed or recorded "Return Again," he sang the following lyrics:

> Return Again, Return Again
> Return to the land of your soul
> Return to who you are, Return to what you are
> Return to where you are born and reborn again

Carlebach Cert. (ECF 72-12) ¶¶ 6-7.

65.     There is no evidence in this case of Shlomo Carlebach ever performing or recording "Return Again" using different English language lyrics.  Parness Cert. (ECF 72-2) ¶ 11.

66.     Shlomo Carlebach died in 1994.  Carlebach Cert. (ECF 72-12) ¶ 8.

67.     Defendants Neshama Carlebach and Nedara Carlebach are Shlomo Carlebach's sole heirs.  Carlebach Cert. (ECF 72-12) ¶ 9.

68.     Since her father's death, Defendant Neshama Carlebach has taken on the responsibility of cataloging, maintaining and protecting her father's musical output.  Carlebach Cert. (ECF 72-12) ¶ 10.

69.     Before and after her father's death, Defendant Neshama Carlebach has performed and recorded, and continues to perform and record, her father's music as well as her own music.  Carlebach Cert. (ECF 72-12) ¶ 11.

**1975 Copyright Registration**

70.     Copyright Registration EU631826 was issued effective November 26, 1975 ("1975 Registration"), based on an <u>unpublished</u> musical composition entitled "V'hoshev Yisroel" (additional titles: "Return Again" and "Song of the Baal Tshava").  Parness Cert. (ECF 72-2) ¶¶ 12-13 & Ex. 4 (ECF 72-6); ECF 67-3.

71.     Ronnie Kahn filed or caused to be filed the 1975 Registration.  Parness Cert. (ECF 72-2) ¶ 14 & Ex. 4 (ECF 72-6); ECF 67-3.

72.     The records of the United States Copyright Office reflect the following with respect to the 1975 Registration:



Parness Cert. ¶ 15 & Ex. 4.

73.     The records of the 1975 Registration state "English w Rafael Simcha Kahn, pseud. of Ronald Kahn, Hebrew w & m Shlomo Carlebach."  Parness Cert. ¶ 16 & Ex. 4.

74.     The deposit copy on file with the United States Copyright Office with respect to the 1975 Registration ("1975 Deposit Copy") comprises two pages, reproduced below:





Parness Cert. ¶ 17 & Ex. 5; ECF 67-6.

**2006 Copyright Registration ("Return Again")**

75.     Copyright Registration PA0001393661 was issued effective October 13, 2006 ("2006 Registration").  Parness Cert. (ECF 72-2) ¶¶ 24-25 & Ex. 8 (ECF 72-10).

76.     The records of the United States Copyright Office reflect the following with respect to the 2006 Registration:

<div style="border:2px solid black; padding:1em;">

<p align="center"><i>Return again.</i></p>

|  |  |
|---|---|
| Type of Work: | Music |
| Registration Number / Date: | PA0001393661 / 2006-10-13 |
| Title: | Return again. |
| Copyright Claimant: | Neshama Carlebach, Nedara Carlebach |
| Date of Creation: | 1965 |
| Date of Publication: | 1978-01-01 |
| Authorship on Application: | words & music: Shlomo Carlebach, 1925-1994. |
| Previous Registration: | Hebrew alternate lyrics in public domain. |
| Copyright Note: | C.O. correspondence. |
|  | Cataloged from appl. only. |
| Names: | Carlebach, Neshama |
|  | Carlebach, Nedara |
|  | Carlebach, Shlomo, 1925-1994 |

</div>

Parness Cert. (ECF 72-2) ¶ 26 & Ex. 8 (ECF 72-10).

77.     Neshama Carlebach filed or caused to be filed the 2006 Registration on behalf of herself and Nedara Carlebach.  Carlebach Cert. (ECF 72-12) ¶ 12.

78.     The deposit copy on file with the United States Copyright Office with respect to the 2006 Registration ("2006 Deposit Copy") is a sound recording of Neshama Carlebach performing "Return Again."  Carlebach Cert. (ECF 72-12) ¶ 14.[2]

79.     In that sound recording, Neshama Carlebach performs "Return Again" using the following English language lyrics:

---

[2] *See* https://www.youtube.com/watch?v=mQXcsAS-1oE (commercial recording of Neshama Carlebach performing "Return Again").  Carlebach Cert. (ECF 72-12) ¶ 14 n. 1.

> Return Again, Return Again
> Return to the land of your soul
> Return to who you are, Return to what you are
> Return to where you are born and reborn again

Carlebach Cert. (ECF 72-12) ¶ 15.

80.     In preparing the application for the 2006 Registration, Neshama Carlebach researched the creation of "Return Again" through documents and interviews of people with first-hand knowledge, and concluded that Shlomo Carlebach composed the song in 1965.  Carlebach Cert. (ECF 72-12) ¶ 16.

81.     Plaintiff had no involvement whatsoever with the sound recording filed in connection with the 2006 Registration.  Carlebach Cert. (ECF 72-12) ¶ 17.

82.     Neshama Carlebach is not aware of, and never observed, Shlomo Carlebach filing copyright applications for his music.  Carlebach Supp. Cert. ¶¶ 2-3.

83.     Defendants do not have an official copy of the deposit copy for the 2006 Registration.  Carlebach Supp. Cert. ¶ 4.

**2019 Copyright Registration**

84.     In 2019, Ronnie Kahn filed or caused to be filed another application for copyright registration of "Return Again."  Parness Supp. Cert. ¶ 2 & Ex. 14).

85.     Copyright Registration PAu003945450 was issued effective January 24, 2019 ("2019 Registration").  Parness Supp. Cert. ¶ 2 & Ex. 14.

86.     The records of the United States Copyright Office reflect the following with respect to the 2019 Registration:

*Return Again.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu003945450 / 2019-01-24 |
| **Application Title:** | Return Again. |
| **Title:** | Return Again. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Rafael Simkha Kahn. Address: 261 Loto Street, Eagle Point, OR, 97524, United States. |
| **Date of Creation:** | 2010 |
| **Authorship on Application:** | Rafael Simkha Kahn; Domicile: United States; Citizenship: United States. Authorship: lyrics. |
| **Previous Registration:** | 1975, Eu631826. |
| | 2006, PA0001393661. |
| **Pre-existing Material:** | lyrics. |
| **Basis of Claim:** | lyrics. |
| **Rights and Permissions:** | Rafael Simkha Kahn, 261 Loto Street, Eagle Point, OR, 97524, United States, (541) 613-8212, peacelovejoymusic@yahoo.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Kahn, Rafael Simkha |

Parness Supp. Cert. ¶ 2 & Ex. 14.

87.     The deposit copy on file with the United States Copyright Office with respect to the 2019 Registration ("2019 Deposit Copy") comprises three pages, reproduced below:

**Return Again!**
**Return To The Home Of Your Soul!**

**The Revised Words**

Return Again! Ye shall Return Again!
Return To The Long-Lost Home Of Your Soul!
Wherever you are now, you are never too far
To Return To The Home Sweet Home Of Your Soul!
Return to what you are! Return to who you are!
Return to where you are finally free
To behold the holy mountains
And drink from the heavenly fountains
King David found, and his voice is still resounding:
Return Again! Return Again!
Return To The Home Of Your Soul!
Hear the ancient melodies rekindling sacred memories
Of glorious stories that will echo through eternity!
Feel the joy inside heal every tear you've cried,
Really open wide! Fulfill your holy yearning
To Return Again! Return Again!
Return To The Home Of Your Soul!
Be one with your sisters and be one with all of your brothers!
One with our dear beloved fathers and mothers!
Be one with All Creation and every nation!
Be one with The One Above The Veil Of Separation!
Return Again! Return Again!
Return To The Home Of Our Soul...

Revised Words&Music © Raphael-Simkha Kahn (Ronnie Kahn) 1986, 2000, 2010, 2018
Original Music&Words © Reb Shlomo Carlebach (Music) & Ronnie Kahn (All English language Words) ©
1975, 2002

---

## Return Again

Return Again! Return Again!
Return to the home of your soul
Wherever you are now, you are never too far
To Return to the home of your soul.......
...You who have strayed, be not afraid
To Return To The Home Of Your Soul

Original Music&Words © Reb Shlomo Carlebach & Ronnie Kahn © 1975

Parness Supp. Cert. ¶¶ 3-4 & Ex. 15.

88.    The second set of lyrics purports to be the "Original" version, with the following legend: "Original Music&Words © Reb Shlomo Carlebach & Ronnie Kahn © 1975."   Parness Supp. Cert. ¶¶ 3-4 & Ex. 15.

DATED:  September 5, 2024                    PARNESS LAW FIRM, PLLC

                                            By:_____/s/ Hillel I. Parness_____

Hillel I. Parness
136 Madison Ave., 6th Floor
New York, New York  10016
(212) 447-5299
hip@hiplaw.com
*Attorneys for Defendants Neshama Carlebach*
  *and Nedara Carlebach*