UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RONNIE KAHN,

*Plaintiff*,

-against-

NESHAMA CARLEBACH and NEDARA
CARLEBACH,

*Defendants*

Docket No. 1:19-cv-3855-AMD-JRC

### PLAINTIFF'S REPLY TO DEFENDANTS' LOCAL CIVIL RULE 56.1 RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Plaintiff Ronnie Kahn ("**Plaintiff**"), by his undersigned attorneys, pursuant to Local Civil Rule 56.1(b), respectfully submits this Reply (the "**Plaintiff's Statement**") to Defendants' Response to Plaintiff's Local Civil Rule 56.1 Statement of Undisputed Material Facts ("**Defendants' Statement**") filed by Defendants Neshama Carlebach ("**Neshama**") and Nedara Carlebach ("**Nedara**" collectively with Neshama, "**Defendants**") on September 5, 2024 (**ECF 74-1**) in response to Plaintiff's Response to Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts and Counterstatement of Undisputed Material filed by Plaintiff on April 24, 2024, and the exhibits attached thereto (**ECF 67**) (the "**First Counterstatement**"). Reference is made herein to the Affirmation of Samuel Ollunga ("**Ollunga Cert.**" (**ECF 67-14**)) and the Affidavit of Ronnie Kahn ("**Kahn Cert.**" (**ECF 67-1**)) filed in relation to the First Counterstatement. Reference is also made herein to the Affirmation of Samuel Ollunga ("**Third Ollunga Cert.**", so referred to avoid confusion it with the Second Ollunga Cert. (**ECF 75-2** (the "**Second Ollunga Cert.**")) filed with Plaintiff's Opposition to Defendants' Motion for Summary Judgment (**ECF 75**)) and the Affidavit of Ronnie Kahn ("**Second Kahn Cert.**") filed in relation

1

to Plaintiff's Reply to Defendants' Memorandum in Opposition to Plaintiff's Motion for Summary Judgment (**ECF 74**) filed by Defendants on September 5, 2024. All capitalized terms not otherwise defined herein shall have the same definitions ascribed to them in the Defendants' Statement.

**Defendants' Responses to Plaintiff's Local Civil Rule 56.1 Statement of Material Facts**

**GENERAL RESPONSE:** Throughout Plaintiff's Statement, Plaintiff failed to comply with Local Rule 56.1(d). A significant number of Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. In addition, on multiple occasions throughout Plaintiff's Statement, Plaintiff interposed legal conclusion in violation of Local Rule 56.1(d).

**PLAINTIFF'S GENERAL RESPONSE:**

Plaintiff asserts that the documents cited in Plaintiff's Statement comply with Local Rule 56.1(d), as they are part of the court record and properly cross-referenced. The Defendants' claims regarding inadmissibility and lack of support are baseless, as the materials provided are relevant and substantively support the Plaintiff's arguments. Courts have consistently prioritized substance over procedural technicalities, especially when no actual prejudice has been demonstrated by the opposing party. Even if some citations could be considered minor technical violations, these do not warrant dismissal, as the core procedural requirements have been met and both parties have had a fair opportunity to present their cases.

Additionally, Plaintiff argues that the statements challenged by Defendants as legal conclusions are in fact supported by the factual record. The Plaintiff respectfully requests that the Court focus on the substantive merits of the case rather than procedural formalities, allowing the matter to proceed based on the evidence and arguments presented by both sides.

27. The copyright for the song "*Return Again*" (the "**Composition**") was filed by Ronnie Kahn and Shlomo Carlebach in 1975 and effective November 26, 1975, Copyright Registration EU631826 for the Composition was issued by the United States Copyright Office ("**1975 Registration**"). Ollunga Cert. ¶ 7 and Kahn Cert. ¶ 5 & Ex. B.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Further denied that Shlomo Carlebach filed the application for the 1975 Registration, and denied that the musical composition at issue in the 1975 Registration is the version of "Return Again" written in 1965 by Shlomo Carlebach. Kahn Cert. Ex. B (1975 Registration, listing Carlebach as second Claimant, not filer); Carlebach Supp. Cert. ¶¶ 2-3 (Neshama Carlebach not aware of, and never observed, Shlomo Carlebach filing copyright applications for his music).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 27 of Plaintiff's Statement. Shlomo Carlebach did file the 1975 Registration together with Plaintiff. The 1975 Registration is prima facie evidence of this. Ollunga Cert. ¶ 7 and Kahn Cert. ¶ 5 & Ex. B. The Deposit Copy reiterates this. Ollunga Cert. ¶11 and Kahn Cert. ¶9 & Ex. E. The 1975 filing documents reiterate this even further. Ollunga Cert. ¶7 and Kahn Cert. ¶5 & Ex. B. Defendants have provided no evidence to controvert this. Neshama Carlebach, born on October 9, 1974 (Second Kahn Cert. ¶11; Third Ollunga Cert. ¶12) was about one year old when the 1975 Registration was filed, and could not possibly have had capacity "to observed, Shlomo Carlebach filing [the 1975 Registration]".

28. The Composition gained acclaim and was sang by Shlomo Carlebach in many forums. Case in point: on December 12, 1977, Shlomo Carlebach and Ronnie Kahn's through their then attorneys, Linden and Deutsch, wrote to Hedarzi Records in Ramat Gan, Israel informing them

that following Shlomo Carlebach's performance of the Composition in a concert at the Mann Auditorium in Tel Aviv in 1976, it appeared that the Composition was recorded and released on the Hedarzi label without Shlomo Carlebach and Ronnie Kahn's consent or an agreement on royalties. Ollunga Cert. ¶ 8 and Kahn Cert. ¶ 6 & Ex. C.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 28 of Plaintiff's Statement. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶ 8, Kahn Cert. ¶ 6 & Ex. C., Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶¶13.

29. Further case in point with regards to Paragraph 28 above: in a letter dated as of April 23, 1978, Hedarzi Records wrote to Ronnie Kahn regarding the Composition, indicating that copyright royalties on the record had been paid to ACUM (the local copyright society in Israel) and, as publishers of Shlomo Carlebach, that once they were paid by ACUM, they would pay Ronnie Kahn his portion. Further, that they would correct the copyright information on the next

printing of labels and sleeves. Ollunga Cert. ¶ 9 and Kahn Cert. ¶ 7 & Ex. D.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 29 of Plaintiff's Statement. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶ 9, Kahn Cert. ¶ 7 & Ex. D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

30. Although the 1975 Registration is dispositive, Shlomo Carlebach unequivocally acknowledged Ronnie Kahn as the composer of the English lyrics of the Composition. Case in point: at the 1:38 timestamp of the YouTube video link below, Shlomo Carlebach just before singing the Composition, recognizes Ronnie Kahn as the composer of the English lyrics of the Composition:

https://www.youtube.com/watch?v=ZopdvQXUAkc

Ollunga Cert. ¶ 10 and Kahn Cert. ¶ 8.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not

constitute admissible evidence and do not support the factual allegations. Denied. Further denied that "the 1975 Registration is dispositive," which appears to be a legal conclusion in violation of Local Rule 56.1(d). Further denied as the video ends before Shlomo Carlebach sings the English lyrics beyond the first verse, but those that he is heard to sing do not match the lyrics reflected in the 1975 Registration, but rather those written in 1965 by Shlomo Carlebach. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7(Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 30 of Plaintiff's Statement. Ollunga Cert. ¶10, Kahn Cert. ¶8, Second Kahn Cert. ¶10 and Third Ollunga Cert. ¶11. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

The YouTube video clearly shows Shlomo Carlebach publicly stating, "the words are from our friend Ronnie Kahn," which is a direct acknowledgment of Plaintiff's co-authorship. Before it cuts off, he begins to sing the Composition in the same melody. The sheet music also provided the melody. Ollunga Cert. ¶34 and Kahn Cert. ¶32. Defendants have not provided any evidence to counter or discredit this acknowledgment.

31. Despite the foregoing, on December 31, 2002, four (4) years before the 2006

Registration, the Defendants filed a Work Registration Form with BMI for the Composition (obtained by Subpoena to Produce), in which they indicated that Shlomo Carlebach was the sole writer, with 100% of the writer percentage share. No mention whatsoever was made of Ronnie Kahn. Ollunga Cert. ¶ 25 and 26 & Ex O, and Kahn Cert. ¶ 24 and 27 & Ex. H.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that the BMI Work Registration application does not reference Plaintiff, otherwise denied. Further denied as to "[d]espite the foregoing," which appears to be a legal conclusion in violation of Local Rule 56.1(d). Kahn Cert. Ex. H.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 31 of Plaintiff's Statement. Ollunga Cert. ¶ 25 and 26 & Ex O, and Kahn Cert. ¶ 24 and 27 & Ex. H.

32. Between Q4 of 2004 and Q3 2023, BMI records, obtained by Subpoena to Produce, indicate that the Composition made royalties in the amount of $**5,269.27** (the "**Recent Royalties**"). Ollunga Cert. ¶ 27 and Kahn Cert. ¶ 25 & Ex. I.

**RESPONSE:** Admitted that BMI's records indicate that "Return Again" generated royalites in that amount over that period, otherwise denied. Further denied, as royalties collected before the applicable statute of limitations period are not legally relevant. Kahn Cert. Ex. I; Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 32 of Plaintiff's Statement. Ollunga Cert. ¶ 27 and Kahn Cert. ¶ 25 & Ex. I. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13. Defendants' assertion that "royalties collected before the applicable statute of limitations period are not legally relevant" is denied as it amounts to a legal conclusion in violation of Local Rule 56.1(d).

33. All the Recent Royalties were paid to the Defendants. It is not known how much royalties were collected by Shlomo Carlebach and the Defendants between 1975 and Q4 of 2004. Ollunga Cert. ¶ 28 and Kahn Cert. ¶ 26.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Further denied, as royalties collected before the applicable statute of limitations period are not legally relevant.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 33 of Plaintiff's Statement. Ollunga Cert. ¶ 28 and Kahn Cert. ¶ 26. Defendants' assertion that "royalties collected before the applicable statute of limitations period are not legally relevant" is denied as it amounts to a legal conclusion in violation of Local Rule 56.1(d).

34. The deposit copy for the 2006 Registration was never provided by the Defendants in Discovery, however the Defendants counsel informed Plaintiff's counsel that it was an audio

recording of Neshama performing "*Return Again*", which can be found on videos on YouTube, including the link from Neshama's YouTube channel provided in Paragraph 8 above, which recording is designated herein as the Neshama Youtube Recording. Ollunga Cert. ¶ 31 & Ex. P and Kahn Cert. ¶ 29.

**RESPONSE:** Admitted, except denied that Defendants had or have a copy of the deposit copy for the 2006 Registration, as they did not and do not, as their counsel advised Plaintiff's counsel. Ollunga Ex. P at 4; Carlebach Supp. Cert. ¶ 4 (Defendants do not have an official copy of the deposit copy for the 2006 Registration).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 34 of Plaintiff's Statement. Ollunga Cert. ¶ 31 & Ex. P and Kahn Cert. ¶ 29.

35. The melody of the Neshama Youtube Recording is the same melody as that of the Composition as shown in the music score of the 1975 Deposit Copy in Paragraph 4 of the Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts and the video in Paragraph 8 above. Therefore, the English language lyrics for the Neshama Youtube Recording are sang exactly as they are sang in the Composition. Ollunga Cert. ¶ 34 and Kahn Cert. ¶ 32 & Ex. B.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Further denied, as the melody is not at issue in this case and is not legally relevant.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 35 of Plaintiff's Statement. Ollunga Cert. ¶ 34 and Kahn Cert. ¶ 32 & Ex. B.

36. The English language lyrics for the Neshama Youtube Recording are lifted verbatim from the Composition, save for the word "land" in place of the word "home" and the interchanging of

the order of the words "Return to who you are" and "Return to what you are". Ollunga Cert. ¶ 33 and Kahn Cert. ¶ 31 & Ex. B.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 36 of Plaintiff's Statement. Ollunga Cert. ¶ 33 and Kahn Cert. ¶ 31 & Ex. B. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

37. In the 2006 Registration, the Defendants indicated that the author of "Return Again" was Shlomo Carlebach, without any acknowledgment or mention whatsoever of Ronnie Kahn and his contribution. Ollunga Cert. ¶ 35 and Kahn Cert. ¶ 33 & Ex. J.

**RESPONSE:** Admitted, except denied that Kahn had any "contribution." Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration);

Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 37 of Plaintiff's Statement. Ollunga Cert. ¶ 35 and Kahn Cert. ¶ 33 & Ex. J. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

38. The 2019 Registration comprised ostensibly new original lyrics written by Ronnie Kahn. Ollunga Cert. ¶ 53 and Kahn Cert. ¶ 51.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. The deposit copy relating to the 2019 Registration (which Plaintiff did not provide or cite) contains three separate sets of lyrics. The second set of lyrics purports to be the "Original" version, with the following legend: "Original Music&Words © Reb Shlomo Carlebach & Ronnie Kahn © 1975." Parness Supp. Cert. ¶¶ 3-4 & Ex. 15.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 38 of Plaintiff's Statement. Plaintiff reiterates that the lyrics in the 1975 Registration are the original English lyrics. In referencing the words "Original Music & Words" in the caption accompanying some of the lyrics in the 2019 Registration, Plaintiff did not intend

to imply that any of the revised lyrics were the original ones from the 1975 Registration, which he had written at that time. Any such interpretation would be a misunderstanding. As stated in Plaintiff's Affidavit, his intention was to communicate that the original music and lyrics had been copyrighted jointly by Rabbi Shlomo and Plaintiff in 1975, not to suggest that the lyrics in the 2019 Registration were from the original 1975 composition.

Ollunga Cert. ¶ 53, Kahn Cert. ¶ 51, Second Kahn Cert. ¶ 13-17 and Third Ollunga Cert. ¶ 14-18)

39. No royalties were ever received by Ronnie Kahn in respect of the 2019 Registration. Ollunga Cert. ¶ 53 and Kahn Cert. ¶ 51.

**RESPONSE:** Defendants have insufficient knowledge or information to respond to these factual allegations.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 39 of Plaintiff's Statement. Ollunga Cert. ¶ 53, Kahn Cert. ¶ 51, Second Kahn Cert. ¶ 19 and Third Ollunga Cert. ¶20.

40. Shlomo Carlebach never performed or recorded "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 37 and Kahn Cert. ¶ 35.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 40 of Plaintiff's Statement. Ollunga Cert. ¶ 37 and Kahn Cert. ¶ 35. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

41. There is no evidence of Shlomo Carlebach ever performing or recording "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 38 and Kahn Cert. ¶ 36.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 41 of Plaintiff's Statement. Ollunga Cert. ¶ 38 and Kahn Cert. ¶ 36. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn

Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

42. There is no evidence of Shlomo Carlebach ever writing any English language lyrics for "Return Again" that do not appear in the 1975 Deposit Copy or at all. Ollunga Cert. ¶ 39 and Kahn Cert¶ 37.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 42 of Plaintiff's Statement. Ollunga Cert. ¶ 39 and Kahn Cert¶ 37. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

43. Neshama and Nedara Carlebach never performed or recorded "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 40 and Kahn

Cert. ¶ 38.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 43 of Plaintiff's Statement. Ollunga Cert. ¶ 40 and Kahn Cert. ¶ 38. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

44. There is no evidence of Neshama and/or Nedara Carlebach ever performing or recording "Return Again" using English language lyrics that do not appear in the 1975 Deposit Copy. Ollunga Cert. ¶ 41 and Kahn Cert. ¶ 39.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics

reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 44 of Plaintiff's Statement. Ollunga Cert. ¶ 41 and Kahn Cert. ¶ 39. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

45. There is no evidence of Neshama and/or Nedara Carlebach ever writing any English language lyrics for "Return Again" that do not appear in the 1975 Deposit Copy or at all. Ollunga Cert. ¶ 42 and Kahn Cert. ¶ 40.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 45 of Plaintiff's Statement. Ollunga Cert. ¶ 42 and Kahn Cert. ¶ 40. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The

English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

46. The Defendants have received all royalties, including the Recent Royalties for the Composition. Ollunga Cert. ¶ 26, 27, 28 and 43, and Kahn Cert. ¶24, 25, 26 and 41 & Ex. H and J.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Defendants have insufficient knowledge or information to respond to these factual allegations.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 46 of Plaintiff's Statement. Ollunga Cert. ¶ 26, 27, 28 and 43, and Kahn Cert. ¶24, 25, 26 and 41 & Ex. H and J.

47. As demonstrated in Paragraph 32 above, the Defendants received royalties for the Composition before the 2006 Registration. Ollunga Cert. ¶ 27 and 44 and Kahn Cert. ¶25 and 42.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that Defendants received royalties in connection with "Return Again," otherwise denied. Further denied as to "[a]s demonstrated" which appear to be legal conclusions in violation of Local Rule 56.1(d).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 47 of Plaintiff's Statement. Ollunga Cert. ¶ 27 and 44 and Kahn Cert. ¶25 and 42.

48. As demonstrated in Paragraph 31 above, the Defendants omitted to reference Ronnie Kahn in the BMI Work Registration application. Ollunga Cert. ¶ 26 and 45 and Kahn Cert. ¶24 and 43.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that the BMI Work Registration application does not reference Plaintiff, otherwise denied. Further denied as to "[a]s demonstrated" and "omitted," which appear to be legal conclusions in violation of Local Rule 56.1(d). Kahn Cert. Ex. H.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 48 of Plaintiff's Statement. Ollunga Cert. ¶ 26 and 45 and Kahn Cert. ¶24 and 43.

49. As demonstrated in Paragraph 37 above, the Defendants omitted to reference Ronnie Kahn as a co-author or the author of the lyrics in the 2006 Registration. Ollunga Cert. ¶26 and 46 and Kahn Cert. ¶24 and 44.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that the 2006 Registration does not reference Plaintiff, otherwise denied. Further denied as to "as demonstrated" and "omitted," which appear to be legal conclusions in violation of Local Rule 56.1(d). Kahn Cert. Ex. H; Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 49 of Plaintiff's Statement. Ollunga Cert. ¶26 and 46 and Kahn Cert. ¶24 and 44. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

50. Neshama Carlebach was aware and familiar with Ronnie Kahn and the fact that he co-authored the Composition. Ollunga Cert. ¶ 12, 13 and 47 & Ex. M, and Kahn Cert. ¶10, 11 and 45 & Ex. K.

**RESPONSE:** Admitted that Defendant Neshama Carlebach was aware of Plaintiff, otherwise denied. Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach has never sung or recorded lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Neshama Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 50 of Plaintiff's Statement. Ollunga Cert. ¶ 12, 13 and 47 & Ex. M, and Kahn Cert. ¶10, 11 and 45 & Ex. K. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all. Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing

the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

51. The Defendants did not send any royalties, including the Recent Royalties to Ronnie Kahn despite numerous requests by Ronnie Kahn. Ollunga Cert. ¶ 20 and 48 and Kahn Cert. ¶18 and 46 & Ex. G.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that Plaintiff has requested that Defendants pay him royalties, and that Defendants have not paid royalties to Plaintiff, otherwise denied.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 51 of Plaintiff's Statement, which Defendants do not appear to deny. Ollunga Cert. ¶ 20 and 48 and Kahn Cert. ¶18 and 46 & Ex. G.

52. The Defendants did not amend the 2006 Registration to reflect Ronnie Kahn as a co-author of the song or the author of the English lyrics, despite numerous requests by Ronnie Kahn. Ollunga Cert. ¶ 20 and 49 and Kahn Cert. ¶18 and 47 & Ex. G.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that Plaintiff has requested that Defendants credit him in connection with "Return Again," and that the 2006 Registration does not do so, otherwise denied.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 52 of Plaintiff's Statement, which Defendants do not appear to deny. Ollunga Cert. ¶ 20 and 49 and Kahn Cert. ¶18 and 47 & Ex. G.

53. The Defendants did not amend the BMI Work Registration record to reflect Ronnie Kahn

as a co-author of the song or the author of the English lyrics to enable him to receive records of royalties, despite numerous requests by Ronnie Kahn. Ollunga Cert. ¶ 20 and 50, and Kahn Cert. ¶18 and 48 & Ex. G.

**RESPONSE:** Plaintiff failed to comply with Local Rule 56.1(d). Plaintiff's citations do not constitute admissible evidence and do not support the factual allegations. Admitted that the BMI Work Registration application does not reference Plaintiff, otherwise denied. Kahn Cert. Ex. H.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 53 of Plaintiff's Statement, which Defendants do not appear to deny. Ollunga Cert. ¶ 20 and 50, and Kahn Cert. ¶18 and 48 & Ex. G.

54. For the period Q3 of 2004 and Q4 2023, the total royalties for "*Return Again,*" as reported by BMI, were **$5,269.27**. Ollunga Cert. ¶ 27 and 52 and Kahn Cert. ¶25 and 50. Ex. H.

**RESPONSE:** Admitted that BMI's records indicate that "Return Again" generated royalites in that amount over that period, otherwise denied. Further denied, as royalties collected before the applicable statute of limitations period are not legally relevant. Kahn Cert. Ex. I; Carlebach Cert. (ECF 72-12) ¶¶ 5 ("Return Again" was written by Shlomo Carlebach in 1965), 6-7 (Neshama Carlebach never heard Shlomo Carlebach sing or record lyrics reflected in 1975 Registration); Parness Cert. (ECF 72-2) ¶ 11 (no evidence in the case of Shlomo Carlebach singing or recording lyrics reflected in 1975 Registration); Ex. 8 (ECF 72-10) (2006 Registration of 1965 musical composition).

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates Plaintiff's General Response. Plaintiff also reiterates Paragraph 54 of Plaintiff's Statement, which Defendants ostensibly do not appear to deny. Ollunga Cert. ¶ 27 and 52 and Kahn Cert. ¶25 and 50. Ex. H. Defendants have provided no evidence proving the English lyrics were written by Shlomo Carlebach in 1965, let alone, at all.

Second Kahn Cert. ¶¶5-6 and Third Ollunga Cert. ¶¶6-7. The English lyrics were written by Plaintiff. Ollunga Cert. ¶¶6-7, Kahn Cert. ¶ 4 & Ex. A, Second Kahn Cert. ¶¶7-8 and Third Ollunga Cert. ¶¶8-9. Shlomo Carlebach did sing the Composition in many forums. Ollunga Cert. ¶¶ 8-9, Kahn Cert. ¶¶ 6- 7 & Ex. C and D, Second Kahn Cert. ¶12 and Third Ollunga Cert. ¶13.

**Defendants' Counterstatement of Material Facts
in Opposition to Plaintiff's Cross-Motion for Summary Judgment**

**Kahn's Prior Actual Knowledge of the Alleged Ownership Issues**

55. Plaintiff recently alleged under oath that he "last saw and spoke to Neshama in person in 2004," and that "[i]n that meeting she informed me that she intended to record the Composition and promised that I would receive writer's credit and my fair share of royalties." Parness Cert. (ECF 72-2) ¶¶ 2-3 & Ex. 1 (ECF 72-3) ¶ 11.

**PLAINTIFF'S RESPONSE:** Undisputed.

56. Plaintiff further alleged under oath that when he spoke to Neshama Carlebach in 2004, "Neshama was fully aware that I co-authored the Composition." Parness Cert. (ECF 72-2) ¶ 4 & Ex. 1 (ECF 72-3) ¶ 45.

**PLAINTIFF'S RESPONSE:** Undisputed.

57. On May 7, 2004, Plaintiff wrote the following to Neshama Carlebach: "Also enclosing the authorized lyrics for 'Return Again (Return To The Home Of Your Soul)' which I was blessed and inspired to have composed for your father's helega niggun." Parness Cert. (ECF 72-2) ¶¶ 5-6 & Ex. 2 (ECF 72-4) at 1).

**PLAINTIFF'S RESPONSE:** Undisputed.

58. Similarly, according to Kahn (via his attorney to Neshama Carlebach) as of November 17, 2016, "[s]everal years ago you promised my client that his rights would be protected, he would

be given a writer's credit, and that he would be paid his share of royalties." Carlebach Cert. (ECF 72-12) ¶¶ 2-3 & Ex. 11 (ECF 72-13).

**PLAINTIFF'S RESPONSE:** Undisputed.

59. Similarly, according to Kahn as of April 23, 2019, "[t]he last time we spoke, back in 2004 she told me she was preparing to record Return Again; and assured me I would receive writers credit and my fair share of all royalties." Parness Cert. (ECF 72-2) ¶¶ 7-8 & Ex. 3 (ECF 72-5) at 2.

**PLAINTIFF'S RESPONSE:** Undisputed.

60. Similarly, according to Kahn as of August 15, 2019, Neshama and Nedara Carlebach had "never ever responded to any legal or moral appeals for many years now," and that Kahn had "been waiting for more than forty years." Parness Cert. (ECF 72-2) ¶ 9 & Ex. 3 (ECF 72-5) at 7.

**PLAINTIFF'S RESPONSE:** Undisputed.

61. Plaintiff initiated this lawsuit on July 2, 2019. Parness Cert. (ECF 72-2) ¶ 10; ECF 1.

**PLAINTIFF'S RESPONSE:** Undisputed.

**Creation and Performances of "Return Again" by Shlomo Carlebach**

62. Shlomo Carlebach is the father of Defendant Neshama Carlebach. Carlebach Cert. (ECF 72-12) ¶ 4.

**PLAINTIFF'S RESPONSE:** Undisputed.

63. Shlomo Carlebach created the song "Return Again" in 1965. Carlebach Cert. (ECF 72-12) ¶ 5 & Parness Cert. Ex. 8 (ECF 72-10).

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement in its entirety and puts the Defendants to strict proof thereof. The Deposit Copy of the 1975 copyright

registration clearly shows that "Return Again" was created in 1975 with Plaintiff contributing the English lyrics and Shlomo Carlebach having composed the music and Hebrew lyrics.

Defendants' assertions that he did not write the English lyrics to the song "*Return Again*" (the "**Composition**") and that Rabbi Shlomo Carlebach ("**Rabbi Shlomo**") allegedly wrote them in 1965, are completely falsely with no shred of truth or proof.

Ollunga Cert. ¶¶6-7, Kahn Cert. ¶4-5 & Ex. A and B, Second Kahn Cert. ¶5-8 and Third Ollunga Cert. ¶¶8-9.

64. To the best of Defendant Neshama Carlebach's knowledge, every time Shlomo Carlebach performed or recorded "Return Again," he sang the following lyrics:

Return Again, Return Again
Return to the land of your soul
Return to who you are, Return to what you are
Return to where you are born and reborn again
Carlebach Cert. (ECF 72-12) ¶¶ 6-7.

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement in its entirety and puts the Defendants to strict proof thereof. As provided in Paragraphs 28, 29 and 30 of the Plaintiff's First Counterstatement, there is evidence that Shlomo Carlebach performed and recorded the English language lyrics in the 1975 Deposit Copy on numerous occasions. Notwithstanding anything herein to the contrary, as established in Paragraph 36 of the Plaintiff's First Counterstatement, the English lyrics in Paragraph 64 of the Defendants' Statement, being the same ones referenced by the Defendants in the Neshama YouTube Recording are lifted verbatim from the Composition. Further, as provided in Paragraph 35 of the Plaintiff's First Counterstatement, the melody of said lyrics is the same as that of the Composition. Thereby, those lyrics are the same lyrics sang in the same melody as in the 1975 Deposit Copy, and the distinction the Defendants are trying to make is tenuous.

Ollunga Cert. ¶ 8, 9, 10 and 33, Second Ollunga Cert. ¶ 9, 10, 11 and 36, and Kahn Cert. ¶ 6, 7, 8

and 31 & Ex. B, C and D.

65. There is no evidence in this case of Shlomo Carlebach ever performing or recording "Return Again" using different English language lyrics. Parness Cert. (ECF 72-2) ¶ 11.

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement in its entirety and puts the Defendants to strict proof thereof. As stated in Paragraphs 64 above, Shlomo Carlebach performed and recorded "Return Again" using the English language lyrics in the 1975 Deposit Copy on numerous occasions.

Ollunga Cert. ¶ 8, 9, 10 and 33, Second Ollunga Cert. ¶ 9, 10, 11 and 36, and Kahn Cert. ¶ 6, 7, 8 and 31 & Ex. B, C and D.

66. Shlomo Carlebach died in 1994. Carlebach Cert. (ECF 72-12) ¶ 8.

**PLAINTIFF'S RESPONSE:** Undisputed.

67. Defendants Neshama Carlebach and Nedara Carlebach are Shlomo Carlebach's sole heirs. Carlebach Cert. (ECF 72-12) ¶ 9.

**Plaintiff's Response:** Undisputed.

68. Since her father's death, Defendant Neshama Carlebach has taken on the responsibility of cataloging, maintaining and protecting her father's musical output. Carlebach Cert. (ECF 72-12) ¶ 10.

**PLAINTIFF'S RESPONSE:** Plaintiff does not have sufficient knowledge to admit or deny the statement except to say that if this statement is true, Defendant Neshama Carlebach must have had knowledge of the 1975 copyright registration that showed Plaintiff as a co-author of "Return Again".

69. Before and after her father's death, Defendant Neshama Carlebach has performed and recorded, and continues to perform and record, her father's music as well as her own music.

Carlebach Cert. (ECF 72-12) ¶ 11.

**PLAINTIFF'S RESPONSE:** Plaintiff does not have sufficient knowledge to admit or deny the statement except to say that Plaintiff knows that Neshama Carlebach is a musician and that she has made a recording of "Return Again."

**1975 Copyright Registration**

70. Copyright Registration EU631826 was issued effective November 26, 1975 ("1975 Registration"), based on an unpublished musical composition entitled "V'hoshev Yisroel" (additional titles: "Return Again" and "Song of the Baal Tshava"). Parness Cert. (ECF 72-2) ¶¶ 12-13 & Ex. 4 (ECF 72-6); ECF 67-3.

**PLAINTIFF'S RESPONSE:** Plaintiff admits the copyright registration in which he is a co-author of the song "Return Again" with Shlomo Carlebach but **OBJECTS** to and disputes any negative inference that the term "unpublished" in its lack of clarity may invoke as to call into question the validity of the song or registration.

71. Ronnie Kahn filed or caused to be filed the 1975 Registration. Parness Cert. (ECF 72-2) ¶ 14 & Ex. 4 (ECF 72-6); ECF 67-3.

**PLAINTIFF'S RESPONSE:** Plaintiff admits the 1975 copyright registration but **OBJECTS** to and disputes any negative inference that may be drawn from the lack of clarity in the statement to create the impression Shlomo Carlebach was not part and parcel of the 1975 copyright registration. For the avoidance of doubt, the 1975 copyright registration was jointly and mutually undertaken by Plaintiff and Shlomo Carlebach.

Ollunga Cert. ¶7, Kahn Cert. ¶5 & Ex.B, Second Kahn Cert. ¶8 and Third Ollunga Cert. ¶9.

72. The records of the United States Copyright Office reflect the following with respect to the 1975 Registration:



Parness Cert. ¶ 15 & Ex. 4.

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement in its entirety and puts the Defendants to strict proof thereof, considering there appears to have been some editing undertaken at the top where the name "Carlebach, Shlomo." appears. In the version Plaintiff is aware of the song name "Return again." appears at the top, as below:



73. The records of the 1975 Registration state "English w Rafael Simcha Kahn, pseud. of Ronald Kahn, Hebrew w & m Shlomo Carlebach." Parness Cert. ¶ 16 & Ex. 4.

74. The deposit copy on file with the United States Copyright Office with respect to the 1975 Registration ("1975 Deposit Copy") comprises two pages, reproduced below:



**PLAINTIFF'S RESPONSE:** Undisputed.

**2006 Copyright Registration ("Return Again")**

75. Copyright Registration PA0001393661 was issued effective October 13, 2006 ("2006 Registration"). Parness Cert. (ECF 72-2) ¶¶ 24-25 & Ex. 8 (ECF 72-10).

**PLAINTIFF'S RESPONSE:** Undisputed.

76. The records of the United States Copyright Office reflect the following with respect to the 2006 Registration:

*Return again.*

**Type of Work:** Music
**Registration Number / Date:** PA0001393661 / 2006-10-13
**Title:** Return again.
**Copyright Claimant:** Neshama Carlebach, Nedara Carlebach
**Date of Creation:** 1965
**Date of Publication:** 1978-01-01
**Authorship on Application:** words & music: Shlomo Carlebach, 1925-1994.
**Previous Registration:** Hebrew alternate lyrics in public domain.
**Copyright Note:** C.O. correspondence.
Cataloged from appl. only.
**Names:** Carlebach, Neshama
Carlebach, Nedara
Carlebach, Shlomo, 1925-1994

Parness Cert. (ECF 72-2) ¶ 26 & Ex. 8 (ECF 72-10).

**PLAINTIFF'S RESPONSE:** Undisputed.

77. Neshama Carlebach filed or caused to be filed the 2006 Registration on behalf of herself and Nedara Carlebach. Carlebach Cert. (ECF 72-12) ¶ 12.

**PLAINTIFF'S RESPONSE:** Undisputed except that it is incomplete and may be mischaracterized to insinuate Nedara Carlebach was not fully involved with Neshama Carlebach in the filing or causing to be filed of the 2006 Registration.

78. The deposit copy on file with the United States Copyright Office with respect to the 2006 Registration ("2006 Deposit Copy") is a sound recording of Neshama Carlebach performing "Return Again." Carlebach Cert. (ECF 72-12) ¶ 14.2

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement on account of the fact that the deposit copy for the 2006 Registration was never provided by the Defendants in Discovery despite being requested by the Plaintiff, and therefore cannot be authenticated. However the Defendants' counsel informed Plaintiff's counsel that it was an audio recording of Neshama performing "*Return Again*", which can be found on videos on YouTube, including the video in the following link from Neshama's YouTube channel (the "**Neshama YouTube Recording**"):

https://www.youtube.com/watch?v=mQXcsAS-1oE

Ollunga Cert. ¶31 & Ex. P., Second Ollunga Cert. ¶34 and Kahn Cert. ¶ 29.

79. In that sound recording, Neshama Carlebach performs "Return Again" using the following English language lyrics:

Return Again, Return Again

Return to the land of your soul

Return to who you are, Return to what you are

Return to where you are born and reborn again

Carlebach Cert. (ECF 72-12) ¶ 15.

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement to the extent that the deposit copy was not provided in Discovery, and therefore cannot be authenticated. However, to the extent the Defendants are alluding to the Neshama YouTube Recording, then the English language lyrics provided are accurate to that recording.

Ollunga Cert. ¶ 31 & Ex. P., Second Ollunga Cert. ¶34 and Kahn Cert. ¶ 29.

80. In preparing the application for the 2006 Registration, Neshama Carlebach researched the creation of "Return Again" through documents and interviews of people with first-hand knowledge, and concluded that Shlomo Carlebach composed the song in 1965. Carlebach Cert. (ECF 72-12) ¶ 16.

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement in its entirety and puts the Defendants to strict proof thereof. At no time during the pendency of this suit have the Defendants provided any material evidence to prove this. The Defendants have not provided any documentation, sworn testimony, or credible evidence to corroborate this position. In contrast, Plaintiff has provided concrete evidence, including the 1975 registration and public

acknowledgments by Rabbi Shlomo, confirming that Plaintiff authored the English lyrics. Defendants' unsupported assertions are insufficient to overcome this evidence.

Ollunga Cert. ¶¶6-11, Kahn Cert. ¶4-9 & Ex. A-E, Second Kahn Cert. ¶¶5-12 and Third Ollunga Cert. ¶¶6-13.

81. Plaintiff had no involvement whatsoever with the sound recording filed in connection with the 2006 Registration. Carlebach Cert. (ECF 72-12) ¶ 17.

**PLAINTIFF'S RESPONSE:** Plaintiff **OBJECTS** to and disputes this statement to the extent that the deposit copy was not provided in Discovery, and therefore cannot be authenticated. However, to the extent the Defendants are alluding to the Neshama YouTube Recording, then Plaintiff had no involvement in that recording.

Ollunga Cert. ¶ 31 & Ex. P., Second Ollunga Cert. ¶34 and Kahn Cert. ¶ 29.

82. Neshama Carlebach is not aware of, and never observed, Shlomo Carlebach filing copyright applications for his music. Carlebach Supp. Cert. ¶¶ 2-3.

**PLAINTIFF'S RESPONSE:** Plaintiff does not have sufficient knowledge to admit or deny the statement except to note that Neshama Carlebach, born on October 9, 1974 was about one year old when the 1975 Registration was filed, and could not possibly have had capacity "to observed, Shlomo Carlebach filing [the 1975 Registration]".

Second Kahn Cert. ¶ 11 and Third Ollunga Cert. ¶12.

83. Defendants do not have an official copy of the deposit copy for the 2006 Registration. Carlebach Supp. Cert. ¶ 4.

**PLAINTIFF'S RESPONSE:** Plaintiff does not have sufficient knowledge to admit or deny the statement except to point out that Plaintiff requested it from Defendants who had ample time to obtain it but assured Plaintiff that the recording was the song in the YouTube Video.

**2019 Copyright Registration**

84. In 2019, Ronnie Kahn filed or caused to be filed another application for copyright registration of "Return Again." Parness Supp. Cert. ¶ 2 & Ex. 14).

**PLAINTIFF'S RESPONSE:** Undisputed.

85. Copyright Registration PAu003945450 was issued effective January 24, 2019 ("2019 Registration"). Parness Supp. Cert. ¶ 2 & Ex. 14.

**PLAINTIFF'S RESPONSE:** Undisputed.

86. The records of the United States Copyright Office reflect the following with respect to the 2019 Registration:



*Return Again.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PAu003945450 / 2019-01-24 |
| **Application Title:** | Return Again. |
| **Title:** | Return Again. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Rafael Simkha Kahn. Address: 261 Loto Street, Eagle Point, OR, 97524, United States. |
| **Date of Creation:** | 2010 |
| **Authorship on Application:** | Rafael Simkha Kahn; Domicile: United States; Citizenship: United States. Authorship: lyrics. |
| **Previous Registration:** | 1975, Eu631826. |
| | 2006, PA0001393661. |
| **Pre-existing Material:** | lyrics. |
| **Basis of Claim:** | lyrics. |
| **Rights and Permissions:** | Rafael Simkha Kahn, 261 Loto Street, Eagle Point, OR, 97524, United States, (541) 613-8212, peacelovejoymusic@yahoo.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Kahn, Rafael Simkha |

Parness Supp. Cert. ¶ 2 & Ex. 14.

**PLAINTIFF'S RESPONSE:** Undisputed.

87. The deposit copy on file with the United States Copyright Office with respect to the

2019 Registration ("2019 Deposit Copy") comprises three pages, reproduced below:

**Return Again!**
**Return To The Home Of Your Soul!**

**___The Revised Words___**

Return Again! Ye shall Return Again!
Return To The Long-Lost Home Of Your Soul!
Wherever you are now, you are never too far
To Return To The Home Sweet Home Of Your Soul!
Return to what you are! Return to who you are!
Return to where you are finally free
To behold the holy mountains
And drink from the heavenly fountains
King David found, and his voice is still resounding:
Return Again! Return Again!
Return To The Home Of Your Soul!
Hear the ancient melodies rekindling sacred memories
Of glorious stories that will echo through eternity!
Feel the joy inside heal every tear you've cried,
Really open wide! Fulfill your holy yearning
To Return Again! Return Again!
Return To The Home Of Your Soul!
Be one with your sisters and be one with all of your brothers!
One with our dear beloved fathers and mothers!
Be one with All Creation and every nation!
Be one with The One Above The Veil Of Separation!
Return Again! Return Again!
Return To The Home Of Our Soul...

Revised Words&Music © Raphael-Simkha Kahn (Ronnie Kahn) 1986, 2000, 2010, 2018
Original Music&Words © Reb Shlomo Carlebach (Music) & Ronnie Kahn (All English language Words) ©
1975, 2002

---

## Return Again

Return Again! Return Again!
Return to the home of your soul
Wherever you are now, you are never too far
To Return to the home of your soul.......
...You who have strayed, be not afraid
To Return To The Home Of Your Soul

Original Music&Words © Reb Shlomo Carlebach & Ronnie Kahn © 1975

> **Return Again!**
> **Return To The Home Of Your Soul!**
>
> Return Again! Ye shall Return Again!
> Return To The Long-Lost Home Of Your Soul!
> Wherever you are now, you are never too far
> To Return To The Home Sweet Home Of Your Soul!
> Return to what you are! Return to who you are!
> Return to where you are finally free
> To behold the holy mountains
> And drink from the heavenly fountains
> King David found, and his voice is still resounding:
> Return Again! Return Again!
> Return To The Home Of Your Soul!
> Hear the ancient melodies rekindling sacred memories
> Of glorious stories that will echo through eternity!
> Feel the joy inside heal every tear you've cried,
> Really open wide! Fulfill your holy yearning
> To Return Again! Return Again!
> Return To The Home Of Your Soul!
> Be one with your sisters and be one with all of your brothers!
> One with our dear beloved fathers and mothers!
> Be one with All Creation and every nation!
> Be one with The One Above The Veil Of Separation!
> Return Again! Return Again!
> Return To The Home Of Our Soul...
>
> *Revised Words&Music © Raphael-Simkha (Ronnie Kahn) 1986*

Parness Supp. Cert. ¶¶ 3-4 & Ex. 15.

**PLAINTIFF'S RESPONSE:** Undisputed.

88. The second set of lyrics purports to be the "Original" version, with the following legend: "Original Music&Words © Reb Shlomo Carlebach & Ronnie Kahn © 1975." Parness Supp. Cert. ¶¶ 3-4 & Ex. 15.

**PLAINTIFF'S RESPONSE:** Plaintiff reiterates that the lyrics in the 1975 Registration are the original English lyrics. Plaintiff reiterates that the lyrics in the 1975 Registration are the original English lyrics. In referencing the words "Original Music & Words" in the caption accompanying some of the lyrics in the 2019 Registration, Plaintiff did not intend to imply that any of the revised lyrics were the original ones from the 1975 Registration, which he had written at that time. Any such interpretation would be a misunderstanding. As stated in Plaintiff's Affidavit, his intention was to communicate that the original music and lyrics had been copyrighted jointly by Rabbi Shlomo and Plaintiff in 1975, not to suggest that the lyrics in the 2019 Registration were from the original 1975 composition.

Ollunga Cert. ¶7, and Kahn Cert. ¶5, Ex. B, Second Kahn Cert. ¶ 13-17 and Third Ollunga Cert. ¶ 14-18.

Dated: New York, New York
September 19, 2024

_____/s/Samuel Ollunga_____
**THOMSON OLLUNGA LLP**
*Attorneys for Plaintiff*
By: Samuel Ollunga, Esq.
41 Madison Avenue, 31st Floor
New York, NY 10010
Telephone: (212) 335-0751
Fax: (332) 777-2456
E-mail: sam@thomsonollunga.com